| FILED |
| --- |
| March 20, 2007 |
| CLERK, US DISTRICT COURT |
| EASTERN DISTRICT OF |
| CALIFORNIA |
| DEPUTY CLERK |

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)                         Case No. CR.S-02-0408-FCD
      Plaintiff, )
)                         ORDER FOR RELEASE OF
v. )                         PERSON IN CUSTODY
)
JUAN HERNANDEZ, )
)
      Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JUAN HERNANDEZ, Case No. CR.S-02-0408-

FCD  from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        _X_    (Other) Conditions as previously set by the Probation Office and as stated on the

            record

        ___    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 20, 2007  at _2:31 pm._

                              By

                                    Edmund F. Brennan

                                    United States Magistrate Judge