UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

I N T E R O F F I C E   M E M O R A N D U M

**TO:** Maureen Price, Courtroom Clerk
of the Honorable Frank C. Damrell, Jr.

**FROM:** Deborah A. Spencer
Supervising United States Probation Officer

**DATE:** April 20, 2007

**SUBJECT:** Juan HERNANDEZ
Docket Number:   2:02CR00408-01
REQUEST FOR CONTINUANCE

This is to advise that we are requesting this matter be continued on Your Honor's calendar from April 30, 2007, to June 4, 2007, at 10:00 a.m. for further status on violation petition.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

DAS/cj
cc:  Probation Office
     Camil A. Skipper, Assistant United States Attorney
     Timothy L. Zindel, Defense Counsel

__X__  **Approved**             _____         April 23, 2007
                                **FRANK C. DAMRELL, JR.**            **Date**
                                **United States District Judge**

____   **Disapproved**

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (NO SCHED).WPD